UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS FLORES
MARCIA,

      Petitioner,

v.                                                        Case No.:  6:26-cv-290-CEM-LHP

LOUIS A. QUINONES, JR.,
WARDEN OF ORANGE COUNTY
JAIL; GARRETT RIPA, FIELD
OFFICE DIRECTOR OF
ENFORCEMENT AND REMOVAL
OPERATIONS, MIAMI, FIELD
OFFICE, IMMIGRATION AND
CUSTOMS ENFORCEMENT;
KRISTI NOEM, SECRETARY, U.S.
DEPARTMENT OF HOMELAND
SECURITY; PAMELA JO BONDI,
U.S. ATTORNEY GENERAL; and
U.S. DEPARTMENT OF
HOMELAND SECURITY,
EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW;

      Respondents.
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner Juan Carlos Flores Marcia's Petition for Writ of Habeas Corpus ("Petition," Doc. 1) filed by counsel under 28

U.S.C. § 2241 on February 5, 2026. In accordance with the Court's Order (Doc. 4), Respondents filed a Response to the Petition ("Response," Doc. 6).

Petitioner, a national of El Salvador, was arrested for driving without a license on January 28, 2026, and booked into the Orange County Jail ("Jail"). (Doc. 1 at 2, 26). Thereafter, Respondents detained Petitioner at the Jail until on or about February 4, 2026. (*Id.* at 24-25); *see also* Doc. 6 at 2. Since February 5, 2026, Petitioner has been detained at Krome North Service Processing Center in Miami, Florida. *See* Doc. Nos. 6 at 2.

The law is clear that the proper venue for a § 2241 petition is the judicial district where the petitioner is confined or where his custodian is located. *Braden v. 30th Judicial Circuit Ct.*, 410 U.S. 484, 495-96 (1973); *Wright v. United States Bd. of Parole*, 557 F.2d 74, 77 (6th Cir. 1977) ("The habeas corpus power of federal courts over prisoners in federal custody has been confined by Congress through 28 U.S.C. § 2241 to those district courts within whose territorial jurisdiction the custodian is located."). Further, under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

Petitioner is detained in Miami, Florida, where he was detained on the date this action was initiated. Thus, the Miami Division of the United States District Court

for the Southern District of Florida has territorial jurisdiction over Petitioner and his custodian, and this matter should be transferred to that court.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. The Clerk of Court shall **TRANSFER** this case to the Miami Division of the United States District Court for the Southern District of Florida and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 17, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record